**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF ILLINOIS

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **04/20**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **SFW, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **37-1079335** |

**4.    Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3433 Rupp Parkway**<br>**Decatur, IL 62526**<br>Number, Street, City, State & ZIP Code | |
| | P.O. Box, Number, Street, City, State & ZIP Code |
| **Macon**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

**5.    Debtor's website** (URL)    _____

**6.    Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **SFW, Inc.**                                              Case number (*if known*) _____
_____
Name

**7. Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__4481__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor      **SFW, Inc.**                                                           Case number (*if known*) _____
            Name

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11.  Why is the case filed in *this district*?**

*Check all that apply:*

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐  It needs to be physically secured or protected from the weather.

☐  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐  Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

### ■ Statistical and administrative information

**13.  Debtor's estimation of available funds**

*Check one:*

☐  Funds will be available for distribution to unsecured creditors.

■  After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor      **SFW, Inc.**                                          Case number (*if known*)
            Name

☐ $50,001 - $100,000            ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000           ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million         ☐ $100,000,001 - $500 million       ☐ More than $50 billion

| Debtor | **SFW, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **April 19, 2021**
                       MM / DD / YYYY

**X** **/s/ Bryden K. Carnahan**                                    **Bryden K. Carnahan**
     Signature of authorized representative of debtor              Printed name

Title      **President**

---

**18. Signature of attorney**

**X** **/s/ Jason T.H. Germeraad**                          Date      **April 19, 2021**
     Signature of attorney for debtor                                MM / DD / YYYY

**Jason T.H. Germeraad**
Printed name

**Scott & Scott, P.C.**
Firm name

**611 East Monroe Street**
**Suite 200**
**Springfield, IL 62701**
Number, Street, City, State & ZIP Code

Contact phone   **217-753-8200**        Email address   **bl@scottnscottlaw.com**

**6286232 IL**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name    **SFW, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 19, 2021**     X **/s/ Bryden K. Carnahan**
Signature of individual signing on behalf of debtor

**Bryden K. Carnahan**
Printed name

**President**
Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **SFW, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                              12/15

| Part 1: | Summary of Assets |
|---------|-------------------|

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*............................................................    $ _____ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.........................................................    $ _____ 261,802.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*...........................................................    $ _____ 261,802.00

| Part 2: | Summary of Liabilities |
|---------|------------------------|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $ _____ 1,110,648.00

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $ _____ 91,906.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................    +$ _____ 309,645.00

4.  **Total liabilities** ...................................................................................
Lines 2 + 3a + 3b    $ _____ 1,512,199.00

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **SFW, Inc.**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                       12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Busey Bank** | **Checking Account** | **6601** | **$13,953.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** | **$13,953.00** |
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | **Internal Revenue Service** | |
|---|---|---|
| 8.1. | **Deposit made with IRS on 04/30/2020 for 2020 Form 940** | **$1,307.00** |

9. **Total of Part 2.** | **$1,307.00** |
Add lines 7 through 8. Copy the total to line 81.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **SFW, Inc.** | Case number *(If known)* | |
| --- | --- | --- | --- |
| | Name | | |

| Part 3: | **Accounts receivable** |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

11a. 90 days old or less:         0.00          -          0.00   = ....                    $0.00

                          face amount                       doubtful or uncollectible accounts

12.   **Total of Part 3.**                                                                 $0.00
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |
| --- | --- |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 19.   **Raw materials** | | | | |
| 20.   **Work in progress** | | | | |
| 21.   **Finished goods, including goods held for resale** | | | | |
| 4,314 tuxedo and suit coats | | Unknown | | $60,396.00 |
| 4,992 tuxedo and suit pants | | Unknown | | $34,944.00 |
| 5,117 vests and cummerbunds | | Unknown | | $35,819.00 |
| 3,410 dress shirts | | Unknown | | $17,050.00 |
| 5,440 ties | | Unknown | | $19,040.00 |
| 6,493 pairs of dress shoes | | Unknown | | $38,958.00 |
| 4,506 items of costume jewelry | | Unknown | | $11,265.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

| Debtor | **SFW, Inc.** | Case number *(If known)* | |
|--------|----------------|---------------------------|--|
| | Name | | |

| 22. | **Other inventory or supplies** | | | | |
|-----|--------------------------------|--|--|--|--|
| | **218 mannequins** | | **Unknown** | | $3,270.00 |

---

**23.** **Total of Part 5.** | **$220,742.00**

Add lines 19 through 22.  Copy the total to line 84.

**24.** **Is any of the property listed in Part 5 perishable?**

■ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---------|--------------------------------------------------------------------------------------|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---------|------------------------------------------------------------------|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|------------------------------------------|-------------------------------------|
| **39.** **Office furniture** **Office and store furniture** | **Unknown** | | $1,500.00 |
| **40.** **Office fixtures** **Office and store fixtures** | **Unknown** | | $1,000.00 |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** **Office and store equipment and computers** **Approximately 20 registers/computers from the Seno Formal Wear stores** | **Unknown** | | $2,000.00 |

**42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.** **Total of Part 7.** | **$4,500.00**

Add lines 39 through 42.  Copy the total to line 86.

Debtor   **SFW, Inc.**                                           Case number *(If known)* _____
_____
Name

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No
☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2014 Chevrolet Express 2500 extended cargo van**<br>**327,449 miles**<br>**Inoperable - major mechanical issues** | Unknown | | $500.00 |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Dry cleaning supplies** | Unknown | | $1,000.00 |
| **Permac model EC900 dry cleaning machines x 2** | Unknown | | $8,500.00 |
| **Sankosha model DF-74OU-V3 pant topper press x 2** | Unknown | | $1,200.00 |
| **Milnor model 20L615A clothes dryer x 2** | Unknown | | $2,800.00 |
| **Milnor model E-P Plus washer** | Unknown | | $900.00 |
| **Milnor model Miltrol Mark II card reader washer** | Unknown | | $1,100.00 |
| **Cissell model CHD50 washer** | Unknown | | $800.00 |
| **Forenta model F Series all-purpose utility presses x 4** | Unknown | | $1,200.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

Debtor   **SFW, Inc.**   Case number *(If known)* _____
_____
Name

| | | |
|---|---|---|
| **Hoffman all-purpose utility presses x 2** | Unknown | $600.00 |
| **Unipress shirt press** | Unknown | $300.00 |
| **Unipress sleever press** | Unknown | $300.00 |
| **Lattner model 40HRT steam boiler** | Unknown | $2,100.00 |

51. **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

$21,300.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ■ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 9:   Real property**

54. **Does the debtor own or lease any real property?**

   ☐ No.  Go to Part 10.
   ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.<br>   See Schedule G | Real estate leases | $0.00 | | $0.00 |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ■ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 10:   Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **SFW, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **SFW, Inc.**                                                      Case number *(If known)* _____
          Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $13,953.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,307.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $220,742.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $4,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $21,300.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $261,802.00 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $261,802.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **SFW, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1   Busey Bank**

Creditor's Name

**130 North Water Street
Decatur, IL 62523**

Creditor's mailing address

Creditor's email address, if known

Describe debtor's property that is subject to a lien
**All personal property of Debtor**

Describe the lien

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Column A | Column B |
|---|---|
| **$1,035,419.00** | **$260,495.00** |

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2   Machesney Crossing Inc.**

Creditor's Name

**6801 Spring Creek Road
Rockford, IL 61114**

Creditor's mailing address

Creditor's email address, if known

Describe debtor's property that is subject to a lien
**All personal property of Debtor
Subject to superior lien of Busey Bank**

Describe the lien
**Citation to Discover Assets served 03/10/2021**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Column A | Column B |
|---|---|
| $21,696.00 | $0.00 |

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor   **SFW, Inc.** _____   Case number (if known) _____
     Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Sunil Puri LLC** | Describe debtor's property that is subject to a lien | $53,533.00 | $0.00 |

Creditor's Name

**6801 Spring Creek Road
Rockford, IL 61114**

Creditor's mailing address

**All personal property of Debtor
Subject to superior lien of Busey Bank**

**Describe the lien**

**Citation to Discover Assets served 03/10/2021**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $1,110,648.00 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Busey Bank**<br>**c/o Joseph P. Chamley**<br>**Evans, Froehlich, Beth & Chamley**<br>**44 Main Street, Third Floor**<br>**Champaign, IL 61820** | Line  **2.1** | |
| **Machesney Crossing Inc.**<br>**c/o James M. Allen**<br>**Allen Galluzzo Hevrin Leake LLC**<br>**6735 Vistagreen Way, Suite 110**<br>**Rockford, IL 61107** | Line  **2.2** | |
| **Sunil Puri LLC**<br>**c/o James M. Allen**<br>**Allen Galluzzo Hevrin Leake LLC**<br>**6735 Vistagreen Way, Suite 110**<br>**Rockford, IL 61107** | Line  **2.3** | |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 2

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **SFW, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | | Total claim | Priority amount |
|---|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | **$11,188.00** | **$11,188.00** |
|---|---|---|---|---|---|

**Illinois Department of Revenue**
**PO Box 19035**
**Springfield, IL 62794-9035**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**2020 Form IL-941**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | **Unknown** | **Unknown** |
|---|---|---|---|---|---|

**Indiana Department of Revenue**
**Bankruptcy Section - MS 108**
**100 North Senate Avenue, N240**
**Indianapolis, IN 46204**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | SFW, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52,994.00 | $52,994.00 |
|---|---|---|---|---|

**Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**2020 Form 941 - 1st Quarter**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27,724.00 | $27,724.00 |
|---|---|---|---|---|

**Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**2020 Form 941 - 2nd Quarter**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**2020 Form 941 - 3rd Quarter**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**2020 Form 941 - 4th Quarter**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **SFW, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Operation**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**2020 Form 940**

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☒ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**Part 2:**   List All Creditors with NONPRIORITY Unsecured Claims

**3.**   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$125.00** |
|---|---|---|---|

**Ameren Illinois**
**PO Box 88034**
**Chicago, IL 60680-1034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   Utility - Jacksonville store

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$185.00** |
|---|---|---|---|

**Ameren Illinois**
**PO Box 88034**
**Chicago, IL 60680-1034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   Utility - Springfield store

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$362.00** |
|---|---|---|---|

**Ameren Illinois**
**PO Box 88034**
**Chicago, IL 60680-1034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   Utility - Danville store

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$94.00** |
|---|---|---|---|

**Ameren Illinois**
**PO Box 88034**
**Chicago, IL 60680-1034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   Utility - Decatur store

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$316.00** |
|---|---|---|---|

**Ameren Illinois**
**PO Box 88034**
**Chicago, IL 60680-1034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   Utility - Decatur warehouse

Last 4 digits of account number  **0976**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| Debtor | **SFW, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$221.00** |

**Ameren Illinois**
**PO Box 88034**
**Chicago, IL 60680-1034**

Date(s) debt was incurred _____

Last 4 digits of account number **6024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility - Decatur warehouse**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$375.00** |

**Area Disposal Service Inc.**
**4700 North Sterling Avenue**
**Peoria, IL 61615-0322**

Date(s) debt was incurred _____

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility - Decatur warehouse**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$91.00** |

**Area Disposal Service Inc.**
**4700 North Sterling Avenue**
**Peoria, IL 61615-0322**

Date(s) debt was incurred _____

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility - Decatur store**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$89.00** |

**Area Disposal Service Inc.**
**4700 North Sterling Avenue**
**Peoria, IL 61615-0322**

Date(s) debt was incurred _____

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility - Champaign store**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$68.00** |

**AT&T**
**PO Box 5080**
**Carol Stream, IL 60197-5080**

Date(s) debt was incurred _____

Last 4 digits of account number **6005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$104.00** |

**AT&T**
**PO Box 5080**
**Carol Stream, IL 60197-5080**

Date(s) debt was incurred _____

Last 4 digits of account number **1546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**
**Liability of codebtor is disputed**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$686.00** |

**AT&T**
**PO Box 5080**
**Carol Stream, IL 60197-5080**

Date(s) debt was incurred _____

Last 4 digits of account number **3393**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **SFW, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$114.00** |
|---|---|---|---|

**AT&T**
**PO Box 5080**
**Carol Stream, IL 60197-5080**

Date(s) debt was incurred _

Last 4 digits of account number  **1545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**
**Liability of codebtor is disputed**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$448.00** |
|---|---|---|---|

**AT&T**
**PO Box 5080**
**Carol Stream, IL 60197-5080**

Date(s) debt was incurred _

Last 4 digits of account number  **7700**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$586.00** |
|---|---|---|---|

**AT&T**
**PO Box 5080**
**Carol Stream, IL 60197-5080**

Date(s) debt was incurred _

Last 4 digits of account number  **6988**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$918.00** |
|---|---|---|---|

**AT&T**
**PO Box 5080**
**Carol Stream, IL 60197-5080**

Date(s) debt was incurred _

Last 4 digits of account number  **8005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$290.00** |
|---|---|---|---|

**AT&T**
**PO Box 5080**
**Carol Stream, IL 60197-5080**

Date(s) debt was incurred _

Last 4 digits of account number  **1330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$609.00** |
|---|---|---|---|

**AT&T**
**PO Box 5080**
**Carol Stream, IL 60197-5080**

Date(s) debt was incurred _

Last 4 digits of account number  **0795**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$476.00** |
|---|---|---|---|

**AT&T**
**PO Box 5080**
**Carol Stream, IL 60197-5080**

Date(s) debt was incurred _

Last 4 digits of account number  **6549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **SFW, Inc.** | Case number (*if known*) | |
|--------|---------------|--------------------------|--|
| | Name | | |

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$437.00**

**AT&T**
**PO Box 5080**
**Carol Stream, IL 60197-5080**

Date(s) debt was incurred _

Last 4 digits of account number __5177__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Utility__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,866.00**

**AT&T Mobility**
**PO Box 6463**
**Carol Stream, IL 60197-6463**

Date(s) debt was incurred _

Last 4 digits of account number __1210__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Utility__
__Liability of codebtor is disputed__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Bryden Carnahan**
**170 North Lake Shore Drive**
**Decatur, IL 62521**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Loans to business from Bryden Carnahan__
__$506,919 as of December 2019__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,594.00**

**Capital One**
**PO Box 6492**
**Carol Stream, IL 60197-6492**

Date(s) debt was incurred _

Last 4 digits of account number __3302__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Credit account__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Carlson Craft**
**The Occasions Group**
**PO Box 8700**
**Mankato, MN 56002**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Liability of codebtor is disputed__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,433.00**

**Champaign Marketview LLC**
**930 East Washington Street**
**Suite 200**
**Indianapolis, IN 46240**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Seno Formal Wear store rent__
__Champaign location__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Charles Marx Trust and Kathie Marx Trust**
**3815 Barclay Drive**
**Quincy, IL 62305-8658**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Seno Formal Wear store rent__
__Jacksonville location__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **SFW, Inc.** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $48.00 |
|---|---|---|---|

**City of Decatur**
**Utility Customer Service**
**1 Gary K. Anderson Plaza**
**Decatur, IL 62523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Utility - Decatur store_

Last 4 digits of account number  **0040**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $264.00 |
|---|---|---|---|

**City of Decatur**
**Utility Customer Service**
**1 Gary K. Anderson Plaza**
**Decatur, IL 62523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Utility - Decatur warehouse_

Last 4 digits of account number  **5250**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $62.00 |
|---|---|---|---|

**City of Terre Haute**
**Sewage Billing**
**PO Box 21043**
**Tulsa, OK 74121-1043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Utility - Terre Haute store_

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $268.00 |
|---|---|---|---|

**City Water Light & Power**
**Municipal Center West**
**300 South 7th Street**
**Springfield, IL 62757-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Utility - Springfield store_

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,455.00 |
|---|---|---|---|

**CJ Inc.**
**1717 Sublette Avenue**
**Saint Louis, MO 63110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Seno Formal Wear store rent Springfield location_

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $295.00 |
|---|---|---|---|

**Comcast**
**PO Box 70219**
**Philadelphia, PA 19176-0219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Utility - Quincy store_

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $633.00 |
|---|---|---|---|

**Comcast**
**PO Box 70219**
**Philadelphia, PA 19176-0219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Utility - Decatur warehouse_

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **SFW, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$285.00** |
|---|---|---|---|

**Comcast**
**PO Box 70219**
**Philadelphia, PA 19176-0219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Utility - Champaign store__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$285.00** |
|---|---|---|---|

**Comcast**
**PO Box 70219**
**Philadelphia, PA 19176-0219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Utility - Springfield store__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$285.00** |
|---|---|---|---|

**Comcast**
**PO Box 70219**
**Philadelphia, PA 19176-0219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Utility - Sterling store__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$285.00** |
|---|---|---|---|

**Comcast**
**PO Box 70219**
**Philadelphia, PA 19176-0219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Utility - Rockford store__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$214.00** |
|---|---|---|---|

**ComEd**
**PO Box 6111**
**Carol Stream, IL 60197-6111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Utility - Rockford store__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$134.00** |
|---|---|---|---|

**Constellation New Energy Inc.**
**PO Box 4640**
**Carol Stream, IL 60197-4640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Utility - Decatur store__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$430.00** |
|---|---|---|---|

**Constellation New Energy Inc.**
**PO Box 4640**
**Carol Stream, IL 60197-4640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Utility - Machesney Park store__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **SFW, Inc.** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$314.00** |
|---|---|---|---|

**Constellation New Energy Inc.**
PO Box 4640
Carol Stream, IL 60197-4640

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utility - Sterling store**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$151.00** |
|---|---|---|---|

**Constellation New Energy Inc.**
PO Box 4640
Carol Stream, IL 60197-4640

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utility - Jacksonville store**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$562.00** |
|---|---|---|---|

**Constellation New Energy Inc.**
PO Box 4640
Carol Stream, IL 60197-4640

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utility - Decatur warehouse**
**Liability of codebtor is disputed**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$817.00** |
|---|---|---|---|

**Constellation New Energy Inc.**
PO Box 4640
Carol Stream, IL 60197-4640

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utility - Peoria store**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$394.00** |
|---|---|---|---|

**Constellation New Energy Inc.**
PO Box 4640
Carol Stream, IL 60197-4640

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utility - Bloomington store**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$380.00** |
|---|---|---|---|

**Constellation New Energy Inc.**
PO Box 4640
Carol Stream, IL 60197-4640

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utility - Quincy store**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$745.00** |
|---|---|---|---|

**Constellation New Energy Inc.**
PO Box 4640
Carol Stream, IL 60197-4640

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utility - Champaign store**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | SFW, Inc. | | Case number (if known) | |
|--------|-----------|---|---|---|
| | Name | | | |

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,722.00 |
|------|---|---|---|

**Dennis Boudreau dba 21st Century Center**
**2828 Broadway Street**
**Quincy, IL 62301**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Seno Formal Wear store rent**
**Quincy location**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $264.00 |
|------|---|---|---|

**Detection Security Company Inc.**
**2800 Marshall Avenue**
**PO Box 1174**
**Mattoon, IL 61938**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Alarm system services**
**Liability of codebtor is disputed**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $224.00 |
|------|---|---|---|

**Duke Energy**
**PO Box 1090**
**Charlotte, NC 28201-1090**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility - Terre Haute store**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,542.00 |
|------|---|---|---|

**Eastland Mall LLC**
**2030 Hamilton Place Boulevard**
**Suite 500**
**Chattanooga, TN 37421-6000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Seno Formal Wear store rent**
**Bloomington location**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $830.00 |
|------|---|---|---|

**FedEx**
**PO Box 94515**
**Palatine, IL 60094**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,167.00 |
|------|---|---|---|

**First Mid Bank & Trust**
**100 South Water Street**
**Decatur, IL 62523**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Commercial loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $598.00 |
|------|---|---|---|

**Frontier Communications**
**PO Box 709**
**South Windsor, CT 06074-9998**

Date(s) debt was incurred _
Last 4 digits of account number  **3175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | SFW, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $964.00 |
|---|---|---|---|

**Frontier Communications**
**PO Box 709**
**South Windsor, CT 06074-9998**

Date(s) debt was incurred ___
Last 4 digits of account number **9075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,936.00 |
|---|---|---|---|

**Heartland Properties IV LLC**
**715 West Fairchild Street**
**Danville, IL 61832**

Date(s) debt was incurred ___
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Seno Formal Wear store rent**
**Danville location**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,660.00 |
|---|---|---|---|

**Honey Creek Mall LLC**
**2030 Hamilton Place Boulevard**
**Suite 500**
**Chattanooga, TN 37421-6000**

Date(s) debt was incurred ___
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Seno Formal Wear store rent**
**Terre Haute location**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $112.00 |
|---|---|---|---|

**i3 Broadband**
**602 High Point Lane**
**East Peoria, IL 61611**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85.00 |
|---|---|---|---|

**Illinois American Water**
**PO Box 6029**
**Carol Stream, IL 60197-6029**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility - Peoria store**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $66.00 |
|---|---|---|---|

**Indiana American Water**
**PO Box 6029**
**Carol Stream, IL 60197-6029**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility - Terre Haute store**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**JT Net Inc.**
**PO Box 1338**
**Decatur, IL 62525**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Web services**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **SFW, Inc.** | | |
|---|---|---|---|
| | Name | Case number (if known) | |

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Matter Family Limited Partnership**
**2411 West Cornerstone Court**
**Peoria, IL 61614**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Seno Formal Wear store rent Pekin location**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Meadows LLC**
**320 North Park Boulevard**
**Freeport, IL 61032**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Seno Formal Wear store rent Freeport location**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,550.00** |
|---|---|---|---|

**Mertes Properties LLC**
**4015 East Lincolnway, Suite D**
**Sterling, IL 61081**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Seno Formal Wear store rent Sterling location**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$31,405.00** |
|---|---|---|---|

**Metro SC LLC**
**4700 North University Street**
**Suite 24**
**Peoria, IL 61614**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Seno Formal Wear store rent Peoria location**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$210.00** |
|---|---|---|---|

**Nicor Gas**
**PO Box 5407**
**Carol Stream, IL 60197-5407**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Utility - Sterling store**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$98.00** |
|---|---|---|---|

**Nicor Gas**
**PO Box 5407**
**Carol Stream, IL 60197-5407**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Utility - Machesney Park store**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$93.00** |
|---|---|---|---|

**Nicor Gas**
**PO Box 5407**
**Carol Stream, IL 60197-5407**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Utility - Rockford store**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | SFW, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $301.00 |
|---|---|---|---|

**Nicor Gas**
**PO Box 5407**
**Carol Stream, IL 60197-5407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utility - Bloomington store**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Northfield Square Mall Realty LLC**
**PO Box 368**
**Emerson, NJ 07630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Seno Formal Wear store rent**
**Bourbonnais location**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Peru GKD Partners LLC**
**PO Box 809301**
**Chicago, IL 60680-9301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Seno Formal Wear store rent**
**Peru location**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,232.00 |
|---|---|---|---|

**PNC Bank**
**PO Box 856177**
**Louisville, KY 40285-6177**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit account**

Last 4 digits of account number  **3312**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,064.00 |
|---|---|---|---|

**Pure Silk Fabrics Inc.**
**141 Lanza Avenue**
**Garfield, NJ 07026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $248.00 |
|---|---|---|---|

**Republic Services**
**2112 West Washington Street**
**Bloomington, IL 61705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utility - Bloomington store**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $87.00 |
|---|---|---|---|

**Rock River Disposal Services**
**5450 Wansford Way**
**Suite 201**
**Rockford, IL 61109-7549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utility - Rockford store**

Last 4 digits of account number  **8459**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | SFW, Inc. | | |
|---|---|---|---|
| | Name | Case number (if known) | |

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $91.00 |
|---|---|---|---|

**Rock River Disposal Services**
**5450 Wansford Way**
**Suite 201**
**Rockford, IL 61109-7549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utility - Machesney Park store**

Last 4 digits of account number  **5779**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Striglos - Everything Office**
**150 East William Street**
**2nd Floor**
**Decatur, IL 62523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Office supply**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,679.00 |
|---|---|---|---|

**United Healthcare**
**PO Box 94017**
**Palatine, IL 60094-4017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Health insurance**
**Liability of codebtor is disputed**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,669.00 |
|---|---|---|---|

**US Bank**
**PO Box 790408**
**Saint Louis, MO 63179-0408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit account**

Last 4 digits of account number  **2389**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $183.00 |
|---|---|---|---|

**Vectren Energy**
**PO Box 1423**
**Houston, TX 77251-1423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utility - Terre Haute store**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16.00 |
|---|---|---|---|

**Vivial Media**
**PO Box 4618**
**Carol Stream, IL 60197-4618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Advertising services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $206.00 |
|---|---|---|---|

**Watts Copy Systems Inc.**
**PO Box 660831**
**Dallas, TX 75266-0831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Copier services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | SFW, Inc. | Case number (if known) | |
|--------|-----------|------------------------|--|
| | Name | | |

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,150.00 |
|------|--|--|--|

**Wicker Real Estate Trust**
**3018 Lake Bluff Drive**
**Decatur, IL 62521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Seno Formal Wear store rent**
**Decatur location**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $750.00 |
|------|--|--|--|

**WTHI TV**
**PO Box 7009**
 **OR 97475**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Advertising services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--|--|--|--|
| 4.1 | **Capital One**<br>**PO Box 31293**<br>**Salt Lake City, UT 84131** | Line **3.23**<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Champaign Marketview LLC**<br>**c/o Jeffrey M. Davis**<br>**306 West Church Street**<br>**Champaign, IL 61820** | Line **3.25**<br><br>☐ Not listed. Explain ____ | __ |
| 4.3 | **Charles Marx**<br>**Marx Commercial Properties**<br>**133 North 33rd Street, Suite 300**<br>**Quincy, IL 62301** | Line **3.26**<br><br>☐ Not listed. Explain ____ | __ |
| 4.4 | **Charles Marx Trust and Kathie Marx Trust**<br>**c/o Bruce A. Alford**<br>**Mays, Walden & Anastas, P.C.**<br>**PO Box 25**<br>**Quincy, IL 62306** | Line **3.26**<br><br>☐ Not listed. Explain ____ | __ |
| 4.5 | **Eastland Mall LLC**<br>**c/o Illinois Corporation Service C**<br>**801 Adlai Stevenson Drive**<br>**Springfield, IL 62703** | Line **3.51**<br><br>☐ Not listed. Explain ____ | __ |
| 4.6 | **Euler Hermes Collections North America**<br>**800 Red Brook Boulevard**<br>**Suite 400 C**<br>**Owings Mills, MD 21117** | Line **3.73**<br><br>☐ Not listed. Explain ____ | __ |
| 4.7 | **First Mid Bank & Trust**<br>**c/o Christopher R. DiPlacido**<br>**Heavner, Beyers & Mihlar LLC**<br>**PO Box 740**<br>**Decatur, IL 62525** | Line **3.53**<br><br>☐ Not listed. Explain ____ | __ |

| Debtor | SFW, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.8 | **Heartland Properties IV LLC**<br>**c/o Nicolas J. Boileau**<br>**Acton & Snyder LLP**<br>**11 East North Street**<br>**Danville, IL 61832** | Line **3.56**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Honey Creek Mall LLC**<br>**c/o Corporation Service Company**<br>**135 North Pennsylvania Street**<br>**Suite 1610**<br>**Indianapolis, IN 46204** | Line **3.57**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **KJM Holdings LLC**<br>**3815 Barclay Drive**<br>**Quincy, IL 62305-8658** | Line **3.26**<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Mertes Properties LLC**<br>**c/o James W. Mertes**<br>**Mertes & Mertes P.C.**<br>**4015 East Lincolnway, Suite D**<br>**Sterling, IL 61081** | Line **3.64**<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Metro SC LLC**<br>**c/o Karen M. Stumpe**<br>**301 SW Adams Street**<br>**Suite 700**<br>**Peoria, IL 61602** | Line **3.65**<br><br>☐ Not listed. Explain ____ | _ |
| 4.13 | **PNC Bank**<br>**800 Tinicum Boulevard**<br>**Philadelphia, PA 19153** | Line **3.72**<br><br>☐ Not listed. Explain ____ | _ |
| 4.14 | **US Bank**<br>**Cardmember Service**<br>**PO Box 6353**<br>**Fargo, ND 58125-6353** | Line **3.79**<br><br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Winter & Associates**<br>**320 North Park Boulevard**<br>**Freeport, IL 61032** | Line **3.63**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:**   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 91,906.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 309,645.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 401,551.00 |

**Fill in this information to identify the case:**

Debtor name    **SFW, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Lease of 3433 Rupp Parkway Decatur, IL 62526 Commercial office and warehouse** | |
| State the term remaining | |
| List the contract number of any government contract | **Bryden K. Carnahan 170 North Lake Shore Drive Decatur, IL 62521** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **Lease of 53 Marketview Drive Champaign, IL 61820 Seno Formal Wear store Premises vacated by SFW Inc. in or about November 2020** | |
| State the term remaining | |
| List the contract number of any government contract | **Champaign Marketview LLC 930 East Washington Street Suite 200 Indianapolis, IN 46240** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — **Lease of 904 West Morton Avenue Jacksonville, IL 62650 Seno Formal Wear store Premises vacated by SFW Inc. in or about November 2019** | |
| State the term remaining | |
| List the contract number of any government contract | **Charles Marx Trust and Kathie Marx Trust 3815 Barclay Drive Quincy, IL 62305-8658** |

| Debtor 1 | **SFW, Inc.** | | | Case number (*if known*) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 2205 Wabash Avenue, Suite 106 Springfield, IL 62704 Seno Formal Wear store Premises vacated by SFW Inc. in or about November 2020** | |
|---|---|---|---|
| | State the term remaining | | **CJ Inc. 716 The Hamptons Lane Chesterfield, MO 63017-5901** |
| | List the contract number of any government contract | | |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 2808 Broadway Street Quincy, IL 62301 Seno Formal Wear store Premises vacated by SFW Inc. in or about November 2020** | |
|---|---|---|---|
| | State the term remaining | | **Dennis Boudreau dba 21st Century Center 2828 Broadway Street Quincy, IL 62301** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Eastland Mall space 1615 East Empire Street Bloomington, IL 61701 Seno Formal Wear store Premises vacated by SFW Inc. in or about November 2020** | |
|---|---|---|---|
| | State the term remaining | | **Eastland Mall LLC 2030 Hamilton Place Boulevard Suite 500 Chattanooga, TN 37421-6000** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 3156 North Vermilion Street Danville, IL 61832 Seno Formal Wear store Premises vacated by SFW Inc. in or about November 2019** | |
|---|---|---|---|
| | State the term remaining | | **Heartland Properties IV LLC 715 West Fairchild Street Danville, IL 61832** |
| | List the contract number of any government contract | | |

Debtor 1  **SFW, Inc.**                                                                                    Case number *(if known)* _____
_____
First Name          Middle Name          Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Honey Creek Mall space**<br>**3401 South US Highway 41**<br>**Terre Haute, IN 47802**<br>**Seno Formal Wear store**<br>**Premises vacated by SFW Inc. in or about November 2020** |  |
|---|---|---|---|
|  | State the term remaining |  | **Honey Creek Mall LLC**<br>**2030 Hamilton Place Boulevard**<br>**Suite 500**<br>**Chattanooga, TN 37421-6000** |
|  | List the contract number of any government contract |  |  |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 1003-B West Lane Road**<br>**Machesney Park, IL 61115**<br>**Seno Formal Wear store**<br>**Premises vacated by SFW Inc. in or about November 2020**<br>**Order for possession entered by Winnebago County Circuit Court on 02/10/2021** |  |
|---|---|---|---|
|  | State the term remaining |  | **Machesney Crossing Inc.**<br>**6801 Spring Creek Road**<br>**Rockford, IL 61114** |
|  | List the contract number of any government contract |  |  |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 533 South Parkway Drive**<br>**Pekin, IL 61554**<br>**Seno Formal Wear store**<br>**Premises vacated by SFW Inc. in or about November 2019** |  |
|---|---|---|---|
|  | State the term remaining |  | **Matter Family Limited Partnership**<br>**2411 West Cornerstone Court**<br>**Peoria, IL 61614** |
|  | List the contract number of any government contract |  |  |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                               Best Case Bankruptcy

| Debtor 1 | **SFW, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Meadows Mall space**<br>**1852 South West Avenue**<br>**Freeport, IL 61032**<br>**Seno Formal Wear store**<br>**Premises vacated by SFW Inc. in or about November 2019** | |
|---|---|---|---|
| | State the term remaining | | **Meadows LLC**<br>**320 North Park Boulevard**<br>**Freeport, IL 61032** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 4015 East Lincolnway, Suite A**<br>**Sterling, IL 61801**<br>**Seno Formal Wear store**<br>**Premises vacated by SFW Inc. in or about November 2020**<br>**Order for possession entered by Whiteside County Circuit Court on 01/19/2021** | |
|---|---|---|---|
| | State the term remaining | | **Mertes Properties LLC**<br>**4015 East Lincolnway, Suite D**<br>**Sterling, IL 61081** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 4700 North University Street**<br>**Peoria, IL 61614**<br>**Seno Formal Wear store**<br>**Premises vacated by SFW Inc. in or about November 2020** | |
|---|---|---|---|
| | State the term remaining | | **Metro SC LLC**<br>**4700 North University Street**<br>**Suite 24**<br>**Peoria, IL 61614** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1   **SFW, Inc.**

First Name          Middle Name          Last Name

Case number (*if known*) _____



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.14.** State what the contract or lease is for and the nature of the debtor's interest<br><br>**Lease of Northfield Square Mall space**<br>**1600 North State Route 50**<br>**Bourbonnais, IL 60914**<br>**Seno Formal Wear store**<br>**Premises vacated by SFW Inc. in or about November 2019** | |
| State the term remaining<br><br>List the contract number of any government contract | **Northfield Square Mall Realty LLC**<br>**PO Box 368**<br>**Emerson, NJ 07630** |
| **2.15.** State what the contract or lease is for and the nature of the debtor's interest<br><br>**Lease of Peru Mall space**<br>**3940 Illinois Route 251**<br>**Peru, IL 61354**<br>**Seno Formal Wear store**<br>**Premises vacated by SFW Inc. in or about November 2019** | |
| State the term remaining<br><br>List the contract number of any government contract | **Peru GKD Partners LLC**<br>**PO Box 809301**<br>**Chicago, IL 60680-9301** |
| **2.16.** State what the contract or lease is for and the nature of the debtor's interest<br><br>**Lease of 6274 East State Street**<br>**Rockford, IL 61108**<br>**Seno Formal Wear store**<br>**Premises vacated by SFW Inc. in or about November 2020**<br>**Order for possession entered by Winnebago County Circuit Court on 02/10/2021** | |
| State the term remaining<br><br>List the contract number of any government contract | **Sunil Puri LLC**<br>**6801 Spring Creek Road**<br>**Rockford, IL 61114** |
| **2.17.** State what the contract or lease is for and the nature of the debtor's interest<br><br>**Lease of 2715 North Water Street**<br>**Decatur, IL 62526**<br>**Seno Formal Wear store**<br>**Premises vacated by SFW Inc. in or about November 2020** | **Wicker Real Estate Trust**<br>**3018 Lake Bluff Drive**<br>**Decatur, IL 62521** |

| Debtor 1 | **SFW, Inc.** | | Case number *(if known)* | |
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining | |
| List the contract number of any government contract _____ | |

| Fill in this information to identify the case: |
|---|
| Debtor name **SFW, Inc.** |
| United States Bankruptcy Court for the: CENTRAL DISTRICT OF ILLINOIS |
| Case number (if known) _____ |

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 **Bryden K. Carnahan** | **170 North Lake Shore Drive Decatur, IL 62521** | **Capital One** | ☐ D _____<br>■ E/F __3.23__<br>☐ G _____ |
| 2.2 **Bryden K. Carnahan** | **170 North Lake Shore Drive Decatur, IL 62521** | **Busey Bank** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 **Bryden K. Carnahan** | **170 North Lake Shore Drive Decatur, IL 62521** | **Constellation New Energy Inc.** | ☐ D _____<br>■ E/F __3.43__<br>☐ G _____ |
| 2.4 **Bryden K. Carnahan** | **170 North Lake Shore Drive Decatur, IL 62521** | **AT&T** | ☐ D _____<br>■ E/F __3.11__<br>☐ G _____ |
| 2.5 **Bryden K. Carnahan** | **170 North Lake Shore Drive Decatur, IL 62521** | **AT&T** | ☐ D _____<br>■ E/F __3.13__<br>☐ G _____ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

| Debtor | **SFW, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Bryden K. Carnahan** | 170 North Lake Shore Drive Decatur, IL 62521 | **AT&T Mobility** | ☐ D ____<br>■ E/F ___3.21___<br>☐ G ____ |
| 2.7 | **Bryden K. Carnahan** | 170 North Lake Shore Drive Decatur, IL 62521 | **United Healthcare** | ☐ D ____<br>■ E/F ___3.78___<br>☐ G ____ |
| 2.8 | **Bryden K. Carnahan** | 170 North Lake Shore Drive Decatur, IL 62521 | **Detection Security Company Inc.** | ☐ D ____<br>■ E/F ___3.49___<br>☐ G ____ |
| 2.9 | **Bryden K. Carnahan** | 170 North Lake Shore Drive Decatur, IL 62521 | **Carlson Craft** | ☐ D ____<br>■ E/F ___3.24___<br>☐ G ____ |
| 2.10 | **Bryden K. Carnahan** | 170 North Lake Shore Drive Decatur, IL 62521 | **First Mid Bank & Trust** | ☐ D ____<br>■ E/F ___3.53___<br>☐ G ____ |

**Fill in this information to identify the case:**

Debtor name      **SFW, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).**

**Part 1:   Income**

1. **Gross revenue from business**

   ☐ None.

   | **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue**<br>Check all that apply | **Gross revenue**<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2021** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$0.00** |
   | **For prior year:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other  _____ | **$743,673.00** |
   | **For year before that:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other  _____ | **$2,580,686.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
   and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | **Description of sources of revenue** | **Gross revenue from each source**<br>(before deductions and exclusions) |
   | --- | --- | --- |

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
   filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22
   and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer**<br>*Check all that apply* |
   | --- | --- | --- | --- |

| Debtor | SFW, Inc. | Case number *(if known)* | |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Busey Bank**<br>**130 North Water Street**<br>**Decatur, IL 62523** | | $13,500.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Proceeds from sale of vehicles** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Mertes Properties LLC v. SFW Inc.**<br>**2020-LM-41** | **Breach of contract and eviction**<br>**Order for possession entered 01/19/2021** | **Whiteside County Circuit Court**<br>**Whiteside County Courthouse**<br>**200 East Knox Street**<br>**Morrison, IL 61270** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **SFW, Inc.**    Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | **Machesney Crossing Inc. v. SFW Inc.**<br>**2021-LM-33** | **Breach of contract and eviction**<br>**Order for possession entered 02/10/2021**<br>**Judgment entered 02/24/2021 for $21,696.66**<br>**Citation to Discover Assets served 03/10/2021**<br>**Creditor still unsecured due to superior lien of Busey Bank** | **Winnebago County Circuit Court**<br>**Winnebago County Courthouse**<br>**400 West State Street**<br>**Rockford, IL 61101** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Sunil Puri LLC v. SFW Inc.**<br>**2021-LM-34** | **Breach of contract and eviction**<br>**Order for possession entered 02/10/2021**<br>**Judgment entered 02/24/2021 for $53,533.70**<br>**Citation to Discover Assets served 03/10/2021**<br>**Creditor still unsecured due to superior lien of Busey Bank** | **Winnebago County Circuit Court**<br>**Winnebago County Courthouse**<br>**400 West State Street**<br>**Rockford, IL 61101** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Heartland Properties IV LLC v. SFW Inc.**<br>**2021-LM-49** | **Breach of contract and eviction** | **Vermilion County Circuit Court**<br>**Vermilion County Courthouse**<br>**7 North Vermilion Street** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **First Mid Bank & Trust v. SFW Inc. and Bryden Carnahan**<br>**2021-LM-114** | **Breach of contract** | **Macon County Circuit Court**<br>**253 East Wood Street**<br>**Decatur, IL 62523** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Debtor | SFW, Inc. | | | Case number *(if known)* | |

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?  Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Scott & Scott, P.C.  611 East Monroe Street, Suite 200  Springfield, IL 62701** | **For representation in bankruptcy** | **12/11/2020** | **$7,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor?  **Paid by Bryden Carnahan** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

Debtor    **SFW, Inc.**                                                                           Case number *(if known)* _____

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1<br>. | **Crown Toyota<br>255 West Pershing Road<br>Decatur, IL 62526** | **2018 Toyota Avalon Limited sedan<br>2018 Toyota RAV4 XLE sport utility<br>2018 Toyota RAV4 XLE sport utility<br>2017 Chevrolet Express 2500 cargo van<br>2009 Chevrolet Express 2500 cargo van** | | **$47,000.00** |
| | Relationship to debtor<br>**Sale approved by Busey Bank<br>as secured creditor** | | | |
| 13.2<br>. | **Jennifer Weidling<br>8290 Layton Court<br>Frederick, MD 21704** | **2015 Toyota Sienna XLE minivan** | | **$9,000.00** |
| | Relationship to debtor<br>**Daughter - Sale approved by<br>Busey Bank as secured<br>creditor** | | | |

---

| Part 7: | **Previous Locations** |
|---|---|

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|
| 14.1. **See Schedule G** | |

| Part 8: | **Health Care Bankruptcies** |
|---|---|

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

| Part 9: | **Personally Identifiable Information** |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or
   profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | SFW, Inc. | Case number *(if known)* | |
|---|---|---|---|

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.

☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

| Debtor | **SFW, Inc.** | Case number (if known) | |

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:   Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **MCK CPAs & Advisors**<br>**1353 East Mound Road**<br>**Suite 300**<br>**Decatur, IL 62526-9344** | **1990 to 2021** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1.   **Busey Bank**<br>**130 North Water Street**<br>**Decatur, IL 62523** | |
| 26d.2.   **First Mid Bank & Trust**<br>**100 South Water Street**<br>**Decatur, IL 62523** | |

| Debtor | **SFW, Inc.** | Case number *(if known)* | |
|---|---|---|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Bryden K. Carnahan** | **170 North Lake Shore Drive Decatur, IL 62521** | **President** | **95** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jonathan B. Carnahan** | **170 North Lake Shore Drive Decatur, IL 62521** | **Vice President** | **5** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Carolyn S. Carnahan** | **170 North Lake Shore Drive Decatur, IL 62521** | **Secretary** | **0** |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Bryden Carnahan 170 North Lake Shore Drive Decatur, IL 62521** | **$58,703 in 2020** | **Bi-weekly through end of November 2020 when business closed** | **Salary** |
| | **Relationship to debtor** **Officer and employee** | | | |

Debtor    **SFW, Inc.**                                                    Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | **Jonathan Carnahan**<br>**170 North Lake Shore Drive**<br>**Decatur, IL 62521** | **$69,206 in 2020** | **Bi-weekly through end of November 2020 when business closed** | **Salary** |
| | **Relationship to debtor**<br>**Officer and employee** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 19, 2021**

**/s/ Bryden K. Carnahan**                          **Bryden K. Carnahan**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of Illinois

In re   **SFW, Inc.** _____   Case No. _____

_____ Debtor(s)   Chapter   **7** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **7,000.00** |
| Prior to the filing of this statement I have received | $ | **7,000.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

     ☐ Debtor      ■ Other (specify):   **Bryden Carnahan**

3.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.   ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
        copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
         reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
         522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
     any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

| | |
|---|---|
| **April 19, 2021** | **/s/ Jason T.H. Germeraad** |
| _Date_ | **Jason T.H. Germeraad** |
| | _Signature of Attorney_ |
| | **Scott & Scott, P.C.** |
| | **611 East Monroe Street** |
| | **Suite 200** |
| | **Springfield, IL 62701** |
| | **217-753-8200  Fax: 217-753-8206** |
| | **bl@scottnscottlaw.com** |
| | _Name of law firm_ |

---

# United States Bankruptcy Court
## Central District of Illinois

In re    **SFW, Inc.**  _____    Case No.  _____

Debtor(s)                    Chapter    **7**  _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    **April 19, 2021**  _____        **/s/ Bryden K. Carnahan**  _____

**Bryden K. Carnahan/President**
Signer/Title

# United States Bankruptcy Court
## Central District of Illinois

In re  **SFW, Inc.**

Debtor(s)

Case No.

Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **SFW, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 19, 2021**

Date

**/s/ Jason T.H. Germeraad**

**Jason T.H. Germeraad**

Signature of Attorney or Litigant

Counsel for  **SFW, Inc.**

**Scott & Scott, P.C.**
**611 East Monroe Street**
**Suite 200**
**Springfield, IL 62701**
**217-753-8200 Fax:217-753-8206**
**bl@scottnscottlaw.com**